```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 11521
    ANDREW LAWNICZAK
    SANDRA L LAWNICZAK                        CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-7504      SSN XXX-XX-0097

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/28/07 and confirmed on 02/22/08.

    2.   The case was dismissed after confirmation, 09/12/2008.

    3.   The Debtor paid a total of $   9455.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 6732.61 | .00 | 6732.61 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 235.21 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7772.00 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| ASSETCARE INC | UNSECURED | NOT FILED | .00 | .00 |
| AUDIT SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ED CLARK PHOTOGRAPHY | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL COLLECTIO | UNSECURED | NOT FILED | .00 | .00 |
| FOX LAKE ANIMAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 518.37 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 810.16 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE ZURICH FAMILY TREAT | UNSECURED | NOT FILED | .00 | .00 |
| CATALYST INTERVENTIONS | UNSECURED | 1408.46 | .00 | .00 |
| MCHENRY COUNTY ORTHOPAED | UNSECURED | NOT FILED | .00 | .00 |
| MCHENRY SAVINGS BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| MHS PHYSICIAN SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
MORAINE EMERGENCY PHYSIC  UNSECURED       NOT FILED             .00         .00
MORAINE EMERGENCY PHYSIC  UNSECURED       NOT FILED             .00         .00
NATIONAL ACTION FIN SRV   UNSECURED       NOT FILED             .00         .00
NELSON WATSON & ASSOC     UNSECURED       NOT FILED             .00         .00
NEWTON & ASSOCIATES       UNSECURED       NOT FILED             .00         .00
PCH COLLECTIBLES          UNSECURED       NOT FILED             .00         .00
PMI SPORTS PHOTOGRAPHY    UNSECURED       NOT FILED             .00         .00
PROFESSIONAL ACCOUNTS MA  UNSECURED       NOT FILED             .00         .00
RISK MANAGEMENT ALTERNAT  UNSECURED       NOT FILED             .00         .00
SKY LODGE CHRISTIAN CAMP  UNSECURED       NOT FILED             .00         .00
INTERNAL REVENUE SERVICE  UNSECURED           93.61             .00         .00
COPLEY NEWSPAPERS         UNSECURED          609.77             .00         .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 6732.61  | 7772.00  | 3675.58   | .00   | 18180.19 |
| PRINCIPAL PAID     | 6732.61  | .00      | .00       | .00   | 6732.61  |
| INTEREST PAID      | .00      | .00      | .00       | .00   | .00      |
| TOTAL PAID         | 6732.61  | .00      | .00       | .00   | 6732.61  |

The Debtor's attorney, PAUL R IDLAS                 , was allowed $   3100.00
and was paid $    926.00   direct and $   2174.00  through the plan.

The Trustee received $     548.39 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/16/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE



                             PAGE   2
      CASE NO. 07 B 11521 ANDREW LAWNICZAK & SANDRA L LAWNICZAK